719 A.2d 1039

**Lilas PALMER, Respondent,**

v.

**Ronald E. PALMER, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 6, 1998.

Reargument Denied Jan. 8, 1999.

## *ORDER*

PER CURIAM:

**AND NOW**, this 6TH day of November, 1998, the Petition for Allowance of Appeal is GRANTED and the decision of the Superior Court is REVERSED. *Staudenmayer v. Staudenmayer*, 552 Pa. 253, 714 A.2d 1016 (1998).